UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:17-CV-113

KIRBY COLE,                                                                              PLAINTIFF,

V.                          **OPINION AND ORDER**

SOUTHERN HEALTH PARTNERS, INC., et al.,                     DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

     This matter is before the Court on the motion for summary judgment filed by the defendants Southern Health Partners, Inc., Karen Bennett Baker, and Pike County Detention Center (DE 56). The magistrate judge has reviewed the motion and recommends that the Court grant it (DE 62, Report and Recommendation).

     In his recommendation, the magistrate judge granted the parties the right to file objections. Plaintiff Kirby Cole, who is proceeding *pro se*, filed a motion for "continuance of summary judgment" (DE 63), which the Court construed as a motion to extend the time to file objections. The Court granted him an extension and Cole has responded with a motion to "deny defendant's to dismiss case" (DE 65). The Court construes this as Cole's objections to the magistrate judge's recommendation.

     The magistrate judge construed Cole's complaint to allege that, in violation of the Eighth Amendment, the Defendants were deliberately indifferent to his serious medical needs while he was incarcerated at the Pike County Detention Center. The magistrate judge determined that Cole had not set forth any facts or provided any evidence that would support his claim. With his objections to the magistrate judge's recommendation, Cole continues to assert that he has serious medical needs. The Court does not doubt that. Nevertheless, Cole

has not presented the Court with any evidence to support his claim that the jail was deliberately indifferent to those needs.

Accordingly, the Court hereby ORDERS as follows:

1) The magistrate judge's report and recommendation (DE 62) is ADOPTED as the Court's opinion;

2) The defendants' motion for summary judgment (DE 56) is granted and judgment will be entered in favor of the defendants; and

3) Cole's "motion to move forward to trial" (DE 59) is DENIED.

Dated January 25, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY