UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:17-CV-113

KIRBY COLE,     PLAINTIFF,

V.     **JUDGMENT**

SOUTHERN HEALTH PARTNERS, INC.,     DEFENDANTS.
KAREN BAKER, and
PIKE COUNTY DETENTION CENTER

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Court's opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) The defendants' motion for summary judgment (DE 56) is granted;

2) judgment is entered in favor of the defendants;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the Court's active docket.

Dated January 25, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY